UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MELVYN SPROWSON,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>RENEE BAKER, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:20-cv-00170-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for extension of time (first request) to file a response to Petitioner Melvyn Sprowson's second amended petition for writ of habeas corpus. (ECF No. 22.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed motion for extension of time (first request) (ECF No. 22) is granted. Respondents will have up to and including August 4, 2022, to file their response to the second amended petition.

DATED THIS 1st Day of July 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE