# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MELVYN SPROWSON,<br><br>  Petitioner,<br>v.<br><br>RENEE BAKER, *et al.*,<br><br>  Respondents. | Case No. 3:20-cv-00170-MMD-CLB<br><br>ORDER |

Petitioner has filed an unopposed motion for extension of time (first request). (ECF No. 50.) The Court finds good cause exists to grant the unopposed motion for extension of time (first request). (ECF No. 50.) Petitioner will have up to and including October 3, 2022, to file his opposition to Respondents' motion to dismiss.

DATED THIS 17th Day of August 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE