UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MELVYN SPROWSON, | Case No. 3:20-cv-00170-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Petitioner has filed an unopposed motion for extension of time (second request). (ECF No. 52.) The Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for extension of time (ECF No. 52) is granted. Petitioner will have up to and including November 17, 2022, to file his opposition to Respondents' motion to dismiss.

DATED THIS 4th Day of October 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE