# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MELVYN SPROWSON,<br><br>  Petitioner,<br>v.<br><br>RENEE BAKER, *et al.*,<br><br>  Respondents. | Case No. 3:20-cv-00170-MMD-CLB<br><br>ORDER |

Petitioner Melvyn Sprowson has filed an unopposed motion for extension of time (third request). (ECF No. 54.) The Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for extension of time (ECF No. 54) is granted. Petitioner will have up to and including December 19, 2022, to file his opposition to Respondents' motion to dismiss.

DATED THIS 17th Day of November 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE