UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MELVYN SPROWSON,<br><br>　　　　　　　Petitioner,<br>　v.<br><br>RENEE BAKER, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:20-cv-00170-MMD-CLB<br><br>ORDER |

　　　Respondents have filed an unopposed motion for extension of time (first request). (ECF No. 58.) The Court finds good cause exists to grant the motion.

　　　It is therefore ordered that the motion for extension of time (ECF No. 58) is granted. Respondents will have up to and including January 26, 2023, to file their reply to their motion to dismiss.

　　　DATED THIS 22nd Day of December 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE