UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MELVYN SPROWSON, | Case No. 3:20-cv-00170-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for extension of time (second request). (ECF No. 60.) The Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for extension of time (ECF No. 60) is granted. Respondents will have up to and including February 27, 2023, to file their reply to their motion to dismiss. Absent extraordinary circumstances, further requests for an extension of this deadline will be viewed unfavorably given that the motion to dismiss has been pending since August 4, 2022 (ECF No. 48).

DATED THIS 26th Day of January 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE