UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MELVYN SPROWSON,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>RENEE BAKER, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:20-cv-00170-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for extension of time. (ECF No. 66.) This is their second request for an extension of this deadline. The Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for extension of time (ECF No. 66) is granted. Respondents will have up to and including August 14, 2023, to file their answer to the second amended petition.

DATED THIS 3rd Day of July 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE