UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MELVYN SPROWSON, | Case No. 3:20-cv-00170-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for extension of time. (ECF No. 68.) This is Respondents' third request for an extension of this deadline. The Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for extension of time (ECF No. 68) is granted. Respondents will have up to and including August 28, 2023, to file their answer to the second-amended petition.

DATED THIS 15th Day of August 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE