UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MELVYN SPROWSON,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>RENEE BAKER, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:20-cv-00170-MMD-CLB<br><br>ORDER |

　　　　Petitioner Melvyn Sprowson has filed an unopposed motion for extension of time. (ECF No. 75 ("Motion").) This is Sprowson's third request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

　　　　It is therefore ordered that the Motion (ECF No. 75) is granted. Sprowson will have up to and including May 24, 2024, to file his reply to the second-amended petition.

　　　　DATED THIS 27th Day of February 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE