UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MELVYN SPROWSON,<br><br>      Petitioner,<br>  v.<br><br>RENEE BAKER, *et al.*,<br><br>      Respondents. | Case No. 3:20-cv-00170-MMD-CLB<br><br>ORDER |

  Petitioner Melvyn Sprowson has filed an unopposed motion for extension of time. (ECF No. 77 ("Motion").) This is Sprowson's fourth request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

  It is therefore ordered that the Motion (ECF No. 77) is granted. Sprowson will have up to and including July 23, 2024, to file his reply to the second-amended petition.

  DATED THIS 28th Day of May 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE