UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MELVYN SPROWSON,<br><br>　　　　　　　Petitioner,<br>　v.<br><br>RENEE BAKER, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:20-cv-00170-MMD-CLB<br><br>ORDER |

Petitioner Melvyn Sprowson has filed an unopposed motion for extension of time to file his reply brief. (ECF No. 80 ("Motion").) This is Sprowson's fifth request for an extension of this deadline. The Court finds good cause exists to grant the Motion, but it warns that any future requests for an extension of this deadline will be viewed unfavorably.

It is therefore ordered that the Motion (ECF No. 80) is granted. Sprowson will have up to and including September 23, 2024, to file his reply to the second-amended petition.

DATED THIS 23rd Day of July 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE