UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MELVYN SPROWSON,<br><br>　　　　　　Petitioner,<br>v.<br><br>RENEE BAKER, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:20-cv-00170-MMD-CLB<br><br>ORDER |

　　　　Petitioner Melvyn Sprowson has filed a motion to seal documents. (ECF No. 83 ("Motion to Seal").) Sprowson seeks leave to file six documents under seal: Exhibit 17, a hospital letter from Dr. Emanuel Nwape (ECF No. 84-1), dated November 21, 2013; and Exhibits 18, 19, 20, 21, and 22, provocative photographs (ECF Nos. 84-2, 84-3, 84-4, 84-5, and 84-6) from his trial. Having reviewed and considered these exhibits in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the Court grants the Motion to Seal, finding that a compelling need to protect privacy and/or personal identifying information outweighs the public interest in open access to court records.

　　　　Sprowson has also filed an unopposed motion for a 30-day extension of time to file his reply brief. (ECF No. 85 ("Extension Motion").) This is Sprowson's sixth request for an extension of this deadline, and he represents that it will be his last request for more time absent extraordinary circumstances. (*Id.*) The Court finds good cause exists to grant the Extension Motion.

　　　　It is therefore ordered that the Motion to Seal (ECF No. 83) is granted. Exhibits 17, 18, 19, 20, 21, and 22 (ECF Nos. 84-1, 84-2, 84-3, 84-4, 84-5, and 84-6) are considered properly filed under seal.

It is further ordered that the Extension Motion (ECF No. 85) is granted. Sprowson will have up to and including October 23, 2024, to file his reply to the second-amended petition.

DATED THIS 24th Day of September 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE