# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MELVYN SPROWSON,<br><br>　　　　　Petitioner,<br>　v.<br><br>RENEE BAKER, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:20-cv-00170-MMD-CLB<br><br>ORDER |

　　　　Petitioner Melvyn Sprowson has filed a motion to seal documents. (ECF No. 87 ("Motion to Seal").) Sprowson seeks leave to file 16 documents under seal: Exhibits 19 through 32, a minor's mental health records. (ECF Nos. 88-1, 88-2, 88-3, 88-4, 88-5, 88-6, 88-7, 88-8, 88-9, 88-10, 88-11, 88-12, 88-13, 88-14, 88-15, 88-16.) Having reviewed and considered these exhibits in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the Court grants the Motion to Seal, finding that a compelling need to protect privacy and/or personal identifying information outweighs the public interest in open access to court records.

　　　　Sprowson has also filed an unopposed motion for a 14-day extension of time to file his reply brief. (ECF No. 89 ("Extension Motion").) This is Sprowson's seventh request for an extension of this deadline. (*Id.*) The Court finds good cause exists to grant the Extension Motion, but it warns that any future requests for an extension of this deadline will be viewed unfavorably.

　　　　It is therefore ordered that the Motion to Seal (ECF No. 87) is granted. Exhibits 19 through 32 (ECF Nos. 88-1, 88-2, 88-3, 88-4, 88-5, 88-6, 88-7, 88-8, 88-9, 88-10, 88-11, 88-12, 88-13, 88-14, 88-15, 88-16) are considered properly filed under seal.

///

It is further ordered that the Extension Motion (ECF No. 89) is granted. Sprowson will have up to and including November 6, 2024, to file his reply to the second-amended petition.

DATED THIS 24th Day of October 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2