# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

MELVYN SPROWSON,

Petitioner,

v.

RENEE BAKER, *et al.*,

Respondents.

Case No. 3:20-cv-00170-MMD-CLB

ORDER

Petitioner Melvyn Sprowson has filed a motion for a 2-day extension of time to file his reply brief. (ECF No. 91 ("Motion").) This is Sprowson's eighth request for an extension of this deadline. (*Id.*) Given the short amount of time requested, the Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 91) is granted. Sprowson has up to and including November 8, 2024, to file his reply to the second-amended petition.

DATED THIS 8th Day of November 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE